**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| The Brand Leader, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DE-KOR by Mile High Balusters, Inc. d/b/a DEKOR Lighting,<br><br>Defendant. | Civil Action No. __________<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>(Jury Demand) |

Plaintiff The Brand Leader, Inc. ("Brand Leader"), by and through undersigned counsel, alleges as follows:

## NATURE OF THE ACTION

1. This action arises under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq.

2. Plaintiff is the owner of various copyrights including, at least, copyright registration VAu 1-601-035 and VA-2-528-181.

3. Defendant has reproduced, displayed, distributed, published, copied, modified, and commercially exploited copyrighted photographs, website content, webpage designs, and Shopify website materials created by Brand Leader without authorization.

4. These materials are covered by one or more copyright registrations.

5. Brand Leader seeks injunctive relief, actual damages, disgorgement of profits, statutory damages where available, attorneys' fees, costs, and declaratory relief concerning ownership of the copyrighted works.

## JURISDICTION AND VENUE

6. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7. This action arises under the Copyright Act of the United States.

8. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(a).

9. Even though the agreement is terminated, Defendant purposefully entered contractual relationships with a South Carolina company and purposefully directed activities toward South Carolina.

## THE PARTIES

10. Plaintiff The Brand Leader, Inc. is a corporation organized under the laws of South Carolina and maintains a physical present in Greenville County, South Carolina.

11. Upon information and belief Defendant DE-KOR by Mile High Balusters, Inc. d/b/a DEKOR Lighting ("DEKOR") is a Colorado corporation with a principal place of business in Denver, Colorado.

12. Mr. Duane McCall is, upon information and belief, the Owner, Chief Executive Officer, President, Founder, and principal decision-maker of DEKOR.

13. Mr. Duane McCall possessed the authority and ability to supervise, direct, authorize, approve, and control DEKOR's use of website content, marketing materials, photographs, and copyrighted works.

## FACTUAL ALLEGATIONS

14. Under a now terminated agreement, Brand Leader performed extensive services for DEKOR, including migration of DEKOR's website from WordPress to Shopify.

15. The value of the work for was agreed upon to be at least $125,000.00.

16. Brand Leader also created original photographs, marketing materials, webpage designs, website content, and related creative assets used on DEKOR's website and in DEKOR's commercial activities.

17. As the author of these original works, Brand Leader is the original owner of the copyrights therein under 17 U.S.C.  201(a), and no exception to that default rule applies.

18. Brand Leader specifically created and/or designed portions of DEKOR's Shopify website, including the OEM webpage and product-related content currently displayed on DEKOR's website.

19. Brand Leader also created original photographs used in connection with DEKOR product pages and marketing materials.

20. DEKOR has no license to the copyrighted website.

21. DEKOR has no license to the copyrighted photographs.

22. DEKOR does not own the copyrights to the website.

23. DEKOR does not own the copyrights to the photographs.

**Continued Unauthorized Use**

24. A transfer of copyright ownership is not valid unless an instrument of conveyance of the transfer, is in writing and signed by the owner of the rights conveyed or such owner's duly authorized agent.

25. DEKOR has no written instrument of conveyance.

26. DEKOR has no copyright transfer signed by Brand Leader.

27. DEKOR continues to reproduce, display, publish, distribute, and commercially exploit copyrighted photographs, website content, webpage designs, and Shopify-based materials created by Brand Leader.

28. Upon information and belief, DEKOR continues to use those copyrighted works to promote and sell products through its website and marketing channels.

**Personal Participation by Duane McCall**

29. Mr. Duane McCall is, upon information and belief, the Owner, Chief Executive Officer, President, Founder, and principal decision-maker of DEKOR.

30. At all times relevant, Duane McCall possessed the authority and ability to supervise, direct, authorize, approve, and control DEKOR's use of website content, marketing materials, photographs, and copyrighted works.

31. Upon information and belief, Duane McCall exercised substantial control over DEKOR's website operations, marketing activities, content publication, and use of creative assets.

32. Brand Leader communicated directly with Duane McCall concerning termination of the parties' relationship, delivery of website assets, payment obligations, and ownership concerns.

33. Upon information and belief, Duane McCall personally authorized, directed, approved, supervised, ratified, and controlled DEKOR's continued use of the copyrighted works after Brand Leader asserted its ownership rights.

34. Upon information and belief, Duane McCall possessed both: a. the right and ability to supervise the infringing conduct; and a direct financial interest in the continued use of the copyrighted works.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**(17 U.S.C. § 501)**

35. Brand Leader incorporates the preceding allegations.

36. This cause of action arises under the United States Code, Title 17.

37. Plaintiff owns a valid copyright VAu 1-601-035 and VA 2-528-181 that cover the images below.

38. Plaintiff created this photograph by one or more of posing and arrangement of the object, composition and framing, camera angle and perspective, lighting and shadows, depth of field and focus choices, and/or original post-processing or editing

39. Defendant is copying the image including the elements of the work that are original.

40. Brand Leader owns valid copyrights in content that is viewable under the URL www.dekorlighting.com.

41. The following are images comparing the website of the Defendant to one of the copyright protected images of the Plaintiff.

| Plaintiff photograph under Copyright Registration | Defendant's website/www.dekorlighting.com/products/infinite-led-lite-rgbw |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |




DEKOR
Outdoor Lighting
Indoor Lighting
Color-Changing LED
Accessories
About DEKOR
Shop All
Sale
Infinite Flexible RGBW LED Lights
$39.43 USD
Chat
Add To Cart




DEKOR
Outdoor Lighting
Indoor Lighting
Color-Changing LED
Accessories
About DEKOR
Shop All
Sale
Infinite Flexible RGBW LED Lights
$39.43 USD
Chat
Add To Cart




DEKOR
Outdoor Lighting
Indoor Lighting
Color-Changing LED
Accessories
About DEKOR
Shop All
Sale
Infinite Flexible RGBW LED Lights
$39.43 USD
Chat
Add To Cart











42. Defendant obtained access to Plaintiff's copyrighted photographs through the parties' business relationship.

43. Without authorization, Defendant reproduced, copied, uploaded, stored, displayed, distributed, and otherwise exploited Plaintiff's copyrighted photographs.

44. Defendant copied Plaintiff's photographs verbatim and displayed those same photographs on Defendant's commercial website, marketing materials, e-commerce platforms, and related promotional channels.

45. Defendants infringed Brand Leader's exclusive rights under 17 U.S.C. § 106.

46. Defendant maintained copies of Plaintiff's copyrighted photographs on servers associated with Defendant's website and caused those photographs to be displayed publicly to visitors of the website.

47. Each time a visitor accessed Defendant's website, Defendant publicly displayed Plaintiff's copyrighted photographs and distributed electronic copies of those photographs through the website. The Copyright Act grants the copyright owner the exclusive right to reproduce and publicly display copyrighted photographs.

48. Defendants specifically copied, reproduced, displayed, distributed, published, and commercially exploited the original photographs created by Brand Leader, including photographs used on DEKOR's product pages and in DEKOR's marketing materials, without authorization, in violation of Brand Leader's exclusive rights under 17 U.S.C. § 106.

49. Defendant lacked permission, authorization, license, or other legal rights to continue using the photographs.

50. Duane McCall directed this activity as he personally participated in, directed, authorized, approved, supervised, and ratified the infringing conduct.

51. Duane McCall has both: the right and ability to supervise the infringing conduct; and a direct financial interest in such conduct.

52. Defendant knew or should have known that Plaintiff claimed ownership of the photographs.

53. Despite such knowledge, Defendant intentionally continued reproducing and displaying the photographs after notice of Plaintiff's rights.

54. Defendant's infringement was therefore willful.

55. Brand Leader provided DEKOR with specific notice that its use of the copyrighted works was unauthorized and infringing.

56. Despite receiving such notice, Defendants continued to reproduce, display, distribute, publish, and commercially exploit copyrighted works, further demonstrating the knowing, intentional, and willful nature of their infringement.

57. Defendants' conduct has caused substantial damage to Brand Leader.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Brand Leader and against Defendants jointly and severally;

B. Declare Brand Leader the owner of the copyrighted photographs, website content, webpage designs, Shopify website materials, and other copyrighted works at issue;

C. Permanently enjoin Defendants from further infringement;

D. Order removal of infringing materials from websites, marketing materials, promotional materials, and other locations under Defendants' control;

E. Award actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b);

F. Alternatively award statutory damages under 17 U.S.C. § 504(c), where available;

G. Award attorneys' fees and costs pursuant to 17 U.S.C. § 505;

H. Award prejudgment and post-judgment interest; and

I. Grant such other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands trial by jury on all issues so triable.

Dated: October 27, 2026

Respectfully submitted,

**KIM AND LAHEY LAW FIRM, LLC**

/s/ Douglas W. Kim

Douglas William Kim (Fed. ID No. 9004)
doug@kimandlahey.com

Hunter S. Freeman (Fed. ID No. 9313)
hfreeman@kimandlahey.com

Sara Centioni Kanos (Fed. ID No. 9978)
skanos@kimandlahey.com

3620 Pelham Road
PMB #213
Greenville, SC 29615
(o) (864) 973-6688

*Attorneys for the Plaintiff*